UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No:    <u>14-16937 JNP</u>

Chapter:  <u>13</u>

Hearing Date:

Judge:  Jerrold N. Poslusny Jr.

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
HSBC Bank USA, National Association, as trustee (the
"Trustee") for the holders of Deutsche Alt-A Securities,
Inc. Mortgage Loan Trust, Series 2007-RAMP1

**Order Filed on January 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:
Sara R. Williams

Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  HSBC Bank USA, National Association, as trustee (the "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■     Real Property More Fully Described as:

**Land and premises commonly known as, 8E Oakland Ave, Haddon Township NJ 08107**

☐     Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.