| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: <u>14-16937 JNP</u> |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>HSBC Bank USA, National Association, as trustee (the "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1 | Chapter: <u>13</u><br><br>Order Filed on January 12, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny Jr. |
| In re:<br>Sara R. Williams<br><br>                    Debtor | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  HSBC Bank USA, National Association, as trustee (the "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as, 8E Oakland Ave, Haddon Township NJ 08107**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-16937-JNP
Sara R. Williams                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Jan 14, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db            +Sara R. Williams,   8 East Oakland Avenue,    Oaklyn, NJ 08107-1212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2019 at the address(es) listed below:
     Brian C. Nicholas    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
      the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1
      bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
      the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series2007-RAMP1
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, Et Al...
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
     Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
     Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
     Joshua I. Goldman    on behalf of Creditor    HSBC Bank USA, National Association, Et Al...
      jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Steven N. Taieb    on behalf of Debtor Sara R. Williams staieb@comcast.net
                                                                                                                                      TOTAL: 8