**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sara R. Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5754<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–16937–JNP | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sara R. Williams

<u>6/17/19</u>                                                           **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Sara R. Williams  
    Debtor

Case No. 14-16937-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jun 17, 2019
                        Form ID: 3180W     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db             +Sara R. Williams,    8 East Oakland Avenue,    Oaklyn, NJ 08107-1212
aty            +Frances Gambardella,    Zucker Goldberg & Ackerman,    200 Sheffield St, Suite 301,
                 Mountainside, NJ 07092-2315
514701368       Apex Asset Mgmt,    2501 Oregon Pk Ste 102,    Lancaster, PA 17601-4890
514701369       Apex Asset Mgmt,    PO Box 5407,    Lancaster, PA 17606-5407
514701370       Lourdes Cardiology Svcs,    63 Kresson Rd Ste 101,    Cherry Hill, NJ 08034-3200
514701371       Lourdes Imaging Assoc,    PO Box 95000-2840,    Philadelphia, PA 19195-2840
514701372      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5433
514976977      +Residential Funding Company, LLC,    Attn ZUCKER, GOLDBERG & ACKERMAN, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
514971088      +Residential Funding Company, LLC,    c/o PNC Mortgage,    3232 Newmark Drive,    B6-YM14-01-3,
                 Miamisburg, OH 45342-5421
514701374      +Zucker, Goldberg & Ackerman,    200 Sheffield St.,    Suite 301,
                 Mountainside, New Jersey 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2019 23:56:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2019 23:56:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514701373      +E-mail/Text: bankruptcy@pseg.com Jun 17 2019 23:55:30     PSEG,    Attn Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
                                                                                               TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series2007-RAMP1
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, Et Al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    HSBC Bank USA, National Association, Et Al...
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Steven N. Taieb    on behalf of Debtor Sara R. Williams staieb@comcast.net,    sntgale@aol.com
                                                                                               TOTAL: 8
```